IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FRANCIS WARRINGTON | : | |
|---|---|---|
| v. | : | CIVIL ACTION 13-3428 |
| BRIAN COLEMAN | : | |


FILED
OCT 23 2013
MICHAEL E. KUNZ, Clerk

### ORDER

**AND NOW**, this 23rd day of October 2013, upon careful and independent consideration of the petition for writ of habeas corpus, and after a review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkins, to which no objections were filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **STAYED** and will remain in suspense until the conclusion of Petitioner's state court proceedings;

3. The parties shall notify the Court within 30 days of the conclusion of state court proceedings so that the habeas petition may proceed in this Court.

It is so **ORDERED.**

BY THE COURT:

CYNTHIA M. RUFE, J.